# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA BEQUETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-00081-JAR |
| ) | |
| SENEX SERVICES CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' Notice of Voluntary Dismissal (Doc. No. 12),

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice.** Each party to bear its own costs and fees.

Dated this 22nd day of April, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE